Spencer Willig
WilligS@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission
Philadelphia Regional Office
1617 John F. Kennedy Boulevard, Suite 520
Philadelphia, PA 19103
Tele: (267) 602-2138

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLEN MECHAM,<br><br>        Defendant. | **PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT**<br><br>Case No. 1:22-cv-00127-JNP-DAO<br>District Judge Jill N. Parish<br>Magistrate Judge Daphne A. Oberg |

  Plaintiff Securities and Exchange Commission (the "Commission") submits this Unopposed Motion to Enter Final Judgment and states as follows:

  1.  The Commission and Defendant Allen Mecham have reached a settlement.

  2.  The attached Consent of Defendant Allen Mecham (Ex. 1) and Proposed Final Judgment as to Defendant Allen Mecham (Ex. 2) reflect the terms of the parties' settlement agreement, through which the Defendant has consented to: a permanent injunction against future violations of Section 15(a) of the Securities Exchange Act of 1934; disgorgement in the amount of $100,000; payment of prejudgment interest in the amount of $17,149; and a civil penalty in the amount of $25,000.

3.	The parties have further agreed that the Defendant may satisfy his monetary obligations under the Proposed Final Judgment in installments as the Proposed Final Judgment specifies.

4.	The Commission accordingly moves for entry of the Proposed Final Judgment. A proposed order on this motion is attached as Exhibit 3.

5.	Counsel for the Commission has conferred with counsel for Defendant Mecham. No party to this proceeding opposes this motion.

6.	Pursuant to paragraph 15 of Defendant Mecham's Consent, the Defendant has further agreed that the Commission may present the Proposed Final Judgment to the Court for signature and entry.

Dated:	July 13, 2023

Respectfully submitted,

*/s/ Spencer Willig*
Spencer Willig
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103
(267) 602-2138
(215) 597-2740 (Fax)
WilligS@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2023, I caused to be served a true and correct copy of the foregoing Motion upon counsel for Defendant Allen Mecham via the methods indicated:

**Via Electronic Filing (CM/ECF):**

Shawn Smith, Esq.
Smith Tenney PC
2975 W. Executive Parkway, Suite 159
Lehi, UT 84043
ssmith@prosperalegal.com
*Counsel for Defendant Allen Mecham*

*/s/ Spencer Willig*
Spencer Willig