IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLEN MECHAM,<br><br>　　　Defendant. | ORDER GRANTING MOTION TO ENTER JUDGMENT<br><br>Case No. 1:22-cv-00127-JNP-DAO<br><br>District Judge Jill N. Parrish |

Before the court is the Securities and Exchange Commission's unopposed motion for entry of judgment. ECF No. 32. Based on the agreement of the parties, the court GRANTS the motion.

DATED July 26, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge